IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-14-0171 MMC |
| Plaintiff, | **ORDER RE: MOTION TO TERMINATE SUPERVISED RELEASE** |
| v. | |
| MICHAEL BRUCE SHAPIRO, | |
| Defendant. | |

Before the Court is defendant Michael Bruce Shapiro's Motion to Terminate Supervised Release, filed September 28, 2015.  Pursuant to the Local Rules of this district, defendant's motion must be supported by a declaration under penalty of perjury.  See Civil L.R. 7-5(a)-(b) (requiring "[f]actual contentions made in support of . . . any motion" to be "supported by an affidavit or declaration" that "contain[s] only facts, conform[s] as much as possible to the requirements of Fed. R. Civ. P. 56(e), and . . . avoid[s] conclusions and argument"); Crim. L.R. 47-2(b) (requiring "[m]otions presenting issues of fact" to be "supported by affidavits or declarations which shall comply with the requirements of Civil L.R. 7-5").

None of the statements made by defendant in his motion are supported by such a declaration.  In lieu of striking the motion, however, the Court hereby affords defendant the

1 opportunity to file, no later than October 23, 2015, a declaration conforming to the
2 requirements of the Local Rules of this district.
3     **IT IS SO ORDERED.**
4 Dated: October 8, 2015

                                    MAXINE M. CHESNEY
                                    United States District Judge