IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHAEL BRUCE SHAPIRO,<br><br>    Defendant.<br>_____/ | No. C-14-0171 MMC<br><br>**ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE** |

On October 8, 2015, the Court afforded defendant Michael Bruce Shapiro leave to file, in accordance with the Local Rules of this district, a declaration in support of his Motion to Terminate Supervised Release, filed September 28, 2015. Defendant timely filed said declaration on October 23, 2015.

As defendant has not noticed the above-referenced motion for hearing, the Court hereby SETS the following briefing schedule:

    1. The government shall file any opposition no later than November 16, 2015.

    2. Defendant shall file his reply, if any, no later than November 30, 2015.

    3. As of November 30, 2015, the matter will stand submitted.

**IT IS SO ORDERED.**

Dated: November 2, 2015

                                                  MAXINE M. CHESNEY
                                                 United States District Judge