IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL BRUCE SHAPIRO,<br><br>　　　　Defendant.<br>_____/ | No. C-14-0171 MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION TO TERMINATE SUPERVISED RELEASE** |

Before the Court is defendant Michael Bruce Shapiro's "Motion to Terminate Supervised Release After Completion of One-Year of Supervision Pursuant to Title 18 U.S.C. § 3582(e)(1)," filed September 28, 2015. On November 2, 2015, the Court set a briefing schedule thereon, after which the government, on November 16, 2015, timely filed its opposition. Any reply was due November 30, 2015; to date, no reply has been filed.

The Court has read and considered the parties' respective submissions, and, for the reasons stated by the government in the opposition, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: January 13, 2016

　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge